G. EDWARD MORGAN, *Plaintiff in Error*, v. O. N. BILLINGS, *Defendant in Error*.

Decision Filed December 19, 1923.

Petition for rehearing denied February 1, 1924.

This case was decided by Division B.

A Writ of Error to the Circuit Court for Marion County; W. S. Bullock, Judge.

*H. M. Hampton*, for Plaintiff in Error;

· *R. A. Burford,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been sub-·mitted to the court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and ·inspected, and the court being now advised of its judgment to be given in the premises it seems to the Court, that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.